# INVOICE

**PROFESSIONAL REPORTERS**
800.376.1006

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 143730 | 3/28/2017 | 121008 |
| Job Date | Case No. | |
| 3/23/2017 | | |

| Case Name |
|---|
| H&S Equipment vs. Devon Energy |

| Payment Terms |
|---|
| Net 30 days |

Laura Long
McAfee & Taft
2 Leadership Square
211 N. Robinson, 10th Floor
Oklahoma City OK  73102

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Frank Andrew Sheen      1,211.23

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Larry Sigl      321.69

TOTAL DUE >>>    **$1,532.92**

PLEASE NOTE: THE ABOVE AMOUNT REFLECTS THE COST OF AN EXPEDITED ORIGINAL AND ONE COPY PLUS A ROUGH DRAFT.

Any questions about billing should be raised within 15 days of receipt of invoice otherwise the billing will be deemed accepted as presented.

We appreciate your business.

Tax ID: 45-3953521

*Please detach bottom portion and return with payment.*

Laura Long
McAfee & Taft
2 Leadership Square
211 N. Robinson, 10th Floor
Oklahoma City OK  73102

Remit To:    Professional Reporters
               511 Couch Drive
               Suite 100
               Oklahoma City OK  73102

Job No. : 121008    BU ID : 1-Oklahoma
Case No. :
Case Name : H&S Equipment vs. Devon Energy
Invoice No. : 143730    Invoice Date : 3/28/2017
Total Due : **$1,532.92**

| PAYMENT WITH CREDIT CARD | AMEX  MC  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

**EXHIBIT 1**