United States District Court  
Western District

8/16/17  
Invoice Number: 20170022

To:  
**Timothy Bomhoff**  
**McAfee & Taft**  
211 North Robinson, 10th Floor  
Oklahoma City, Oklahoma 73102  
Phone: (405) 235-9621  
Email:

From:  
**Payable To:**  
**Emily Eakle,**  
**EE Reporting, LLC**  
**Official U.S. Court Reporter**  
EIN/Tax ID: 47-3512477  
15417 Creek View Dr.  
Edmond, Oklahoma 73013  
Phone: (405) 388-3942  
Email: eereporting17@gmail.com

Transcripts:  
**Criminal or Civil:** Civil  
**Date Ordered:** Aug 11, 2017  
**Date Delivered:** Aug 13, 2017

**Case Style:** CIV-15-1244 - H&S Equipment vs. Devon Energy Production  
**Description:** Motions Hearing

Charges:

|          | Original |         | First Copy |         | Second Copy |
|----------|----------|---------|------------|---------|-------------|
| Ordinary | Pages    | $3.65   | $0.00      |         |             |
| 14-Day   |          |         |            |         |             |
| Expedited|          |         |            |         |             |
| Daily    | 51       | $6.05   | $308.55    |         |             |
| Hourly   |          |         |            |         |             |
| Realtime |          |         |            |         |             |

**Total:** $308.55  
**Less discount for late delivery:** $0.00  
**Amount of deposit:** $0.00  
**Paid:** $0.00  
**Total refund:** $0.00  
**Amount Due:** $308.55

**Additional Information**  
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

EXHIBIT 2