**United States District Court**                                    8/16/17
**Western District of Oklahoma**                          Invoice Number: 20170045

To:                                                From:
**Mr. Patrick Stein**                              **Payable To:**
**McAfee & Taft**                                  **Tracy Washbourne, RPR, Inc.**
211 N. Robinson                                    **Official U.S. Court Reporter**
10th Floor                                         EIN/Tax ID: 731437500
Oklahoma City, OK 73102                            317 Ridgecrest Road
Email:                                             Edmond, OK 73013
                                                   Phone: (405) 314-5431
                                                   Fax: (405) 657-2169
                                                   Email: Tracy.Washbourne@gmail.com

Transcripts:
**Criminal or Civil:** Civil                       **Case Style:** CV-15-1244 - H&S Equipment, Inc. vs. Devon Energy
**Date Ordered:** Aug 14, 2017                     Production Company
**Date Delivered:** Aug 14, 2017                   **Description:** Rough draft of Larry Sigl and Andy Sheen

Charges:

| | Original | | First Copy | | Second Copy |
|---|---|---|---|---|---|
| Realtime | 88 | $3.05 | $268.40 | | |

**Total:** $268.40
**Less discount for late delivery:** $0.00
**Amount of deposit:** $0.00
**Paid:** $0.00
**Total refund:** $0.00

**Amount Due:** $268.40

**Additional Information**

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

/s/ *Tracy Washbourne*

EXHIBIT 3