

A PROFESSIONAL CORPORATION

10TH FLOOR • TWO LEADERSHIP SQUARE
211 NORTH ROBINSON • OKLAHOMA CITY, OK 73102-7103
(405) 235-9621 • FAX (405) 235-0439
www.mcafeetaft.com

## INVOICE

August 29, 2017

McAfee & Taft Copy Center

| | | |
|---|---|---:|
| 03/03/17 | Bindery | 10.50 |
| | 235 copies @ $0.12 | 28.20 |
| 03/21/17 | 105 color copies @ $0.50 | 52.50 |
| | 214 copies @ $0.12 | 25.68 |
| 03/22/17 | 712 copies @ $0.12 | 85.44 |
| | 279 color copies @ $0.50 | 139.50 |
| 07/27/17 | 43 color copies @ $0.50 | 21.50 |
| 07/28/17 | 342 copies @ $0.12 | 41.04 |
| | 146 color copies @ $0.50 | 73.00 |
| 08/08/17 | 12 color copies @ $0.50 | 6.00 |
| 08/10/17 | Bindery | 10.00 |
| | 610 copies @ $0.12 | 73.20 |
| | 4 color copies @ $0.50 | 2.00 |

**TOTAL DUE**                         **$568.56**

19788867_1

*Leaders In Creating Legal Solutions*®

EXHIBIT 4